UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        NO. Civ.S-07-2693 LKK/GGH

    Plaintiff,

  v.

        O R D E R

SHIV SHANKAR'S, INC.,

    Defendant.
_____/

    The court is in receipt of a letter from the defendant seeking "guidance" on how to comply with or seek a reversal of his settlement with the plaintiff. This case was dismissed with prejudice under Federal Rule of Civil Procedure 41 on February 14, 2008. Consequently, the case has been closed and the court no longer has jurisdiction to take action on it. The defendant's letter, therefore, is disregarded.

    IT IS SO ORDERED.

    DATED: February 27, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT